

CERTIFIED MAIL™

7006 0810 0001 8208 3862

LEGAL MAIL

GEORGE E. TUSTIN, JR.
OFFENDER: TDC#1143411
1200 FM 655 ROAD
ROSHARON, TEXAS 77583

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS
77208



United States Courts
Southern District of Texas
FILED

DEC 1 3 2011

J. Clerk



U.S. POSTAGE PAID
ROSHARON, TX
DEC 7 2011
AMOUNT
$0.00
00089714-02